FILED: January 9, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1400
(1:21-cv-00778-LCB-JLW)
_____

TONYA ANDERSON

   Plaintiff - Appellant

v.

DIAMONDBACK INVESTMENT GROUP, LLC

   Defendant - Appellee

_____

O R D E R
_____

This case is scheduled for oral argument on January 23, 2024. Appellee has filed a motion to allow one attorney, Natasha M. Durkee, to present oral argument by videoconference while appellee's other attorney, Geoffrey A. Marcus, will appear in-person. Appellant does not oppose appellee's motion but intends to present argument in person. The court grants appellee's motion for Natasha M.

Durkee to present argument by videoconference. Instructions for argument via Zoom.gov are available at:

https://www.ca4.uscourts.gov/docs/pdfs/remoteargumentinformationforcounsel.pdf?sfvrsn=d658bb09_6

                                             For the Court

                                             /s/ Nwamaka Anowi, Clerk